

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable L. A. Woods
State Superintendent of Public Instruction
Austin, Texas

Dear Sir:

Opinion No. 0-3408
Re: Whether the upper four grades
or the upper five grades are
high school, within Section
10 of H. B. 933, 46th Legis-
lature.

     In your letter of April 15, 1941, you write that
"some of the schools of Texas have a twelve grade system
now, while the majority of them are still operating under
the eleven grade system." Directing our attention to Sec-
tion 10 of H. B. 933, 46th Legislature, which provides for
a maximum of $1.00 per pupil per month for not to exceed
nine months as transportation aid on elementary pupils,
and a maximum of $2.00 per pupil per month for high school
pupils, you request our opinion as to whether the upper
four or the upper five grades in a twelve grade school are
high school grades within the contemplation of Section 10
of said House Bill 933.

     Sections 2, 3 and 4, S. B. 41, Ch. 20, p. 33, 1st
C.S., 42nd Leg. read:

     "Section 2. In the event such district
as is mentioned in section one of this act fails
to provide high school instruction in the proper
grade for any such resident pupil, the board of
trustees shall pay a reasonable rate of tuition
for such pupils in any other public high school
of this state or of any other state if the public
high school in the other state is located in a
district contiguous to the state line and is more
convenient to the student than a Texas public
high school; provided that if the school district
is unable to pay said tuition and also maintain

an efficient elementary school as determined
by the county board of trustees approved by
the State Board of Education, the tuition or
such part thereof as may be necessary, shall
be paid by the State of Texas.

"Section 3. All such high school pupils
as are subject to transfer under the transfer
laws of this State shall be transferred and the
receiving district shall grant free tuition to
such transferred pupils for the length of term
the state and county funds support the public
schools of the race to which such transferred
pupil belongs, such free school term for such
pupil to begin with the date such transferred
pupil enters the school of the receiving dis-
trict.

"Section 4. High school grades within the
meaning of this Act shall include the upper
four grades in a public school system of eleven
or twelve grades and shall not include school
work of college rank."

The caption of the above Act was as follows:

"An Act to provide free tuition for all
pupils over six years of age and not over twenty-
one years of age in certain school districts; to
provide for length of free term to be allowed
transferred pupils; to provide for part-time
schools, continuation schools, and evening schools
for the purpose of the better education of adults;
to define the meaning of high school grades; re-
pealing all laws in conflict herewith; and declar-
ing an emergency."      (Emphasis ours)

In your letter you give us the following information
regarding departmental practice:

"The policy of the Equalization Division in the past years has been to regard the upper four grades as high school whether it be in an eleven grade system or in a twelve grade system."

You have also handed us a copy of an official proclamation made by you on April 16, 1941, addressed and sent to all county and local school superintendents in the State of Texas, and in which is contained the following:

"I hereby officially announce that the recognized pattern for Texas public schools is an elementary school of eight grades, followed by the standard four-year high school. May I ask you to work with your school boards in putting this plan into execution in your respective districts as soon as possible?

"This pattern may be changed to a six-grade elementary school, a three-year junior high school, and a three-year senior high school for those who desire the junior high school unit."

House Bill 933 does not define "high school" grades, nor does it say which grades are to be considered as elementary. However, considering the provisions of S. B. 41, 42nd Leg., aforesaid, particularly in light of its caption, and the established practice of your department, we have no hesitancy in saying that only the upper four grades in the twelve grade school should be considered high school within the meaning of said H. B. 933. See, Wilson vs. Alsip, 76 S. W. (2d) 288, Ky. Ct. of App.

We have considered Article 2679, Revised Civil Statutes, but reach the conclusion that it may not be considered as establishing the upper five grades of such a school as high school grades. That statute was enacted for a different purpose than that.

APPROVED APR 24, 1941

FIRST ASSISTANT
ATTORNEY GENERAL

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Glenn R. Lewis
Glenn R. Lewis
Assistant

GRL:ej

APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN